# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IARNACH TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., CHARTER COMMUNICATIONS HOLDING COMPANY, LLC, CHARTER COMMUNICATIONS OPERATING, LLC, SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, and SPECTRUM GULF COAST, LLC, <br><br> Defendants. | Civil Action No. 2:24-cv-00230-JRG <br><br> JURY TRIAL DEMANDED |

**OPPOSED MOTION FOR EXPEDITED BRIEFING ON PLAINTIFF
IARNACH TECHNOLOGIES LTD.'S MOTION TO COMPEL VENUE DISCOVERY**

Pursuant to LR-CV 7(e), Iarnach respectfully moves the Court to expedite briefing on its concurrently filed Motion to Compel Venue Discovery. Dkt. 73. Iarnach requests that Charter's Response deadline be shortened from 14 days to 7 days so that Charter's Response is due October 25, 2024. This request is necessary because Charter's Response would normally be due on November 1, 2024, but venue discovery closes October 31, 2024, leaving no time for the Court to rule.

Charter opposes this motion to expedite because it professes to not understand what relief is being requested in the Motion to Compel, and Charter says it would be too burdensome to try to understand the Motion to Compel and respond within seven days.

The Motion to Compel is only seven pages long and can be easily responded to in a week. The relief requested in that Motion to Compel was set forth in an email to Charter sent by Alden Harris on September 23, 2024. On September 30, Charter's counsel agreed to provide all of the discovery requested in that email (which is now being sought in the Motion to Compel). Had Charter not agreed to do this, Iarnach would have moved to compel back on September 30. After agreeing, Charter also requested a one-week extension to produce the agreed-upon discovery, which Iarnach did not oppose. At no point did Charter indicate it would not provide the discovery it had agreed to provide, otherwise Iarnach would have moved to compel immediately. Having run out the clock on venue discovery by representing it would comply, Charter cannot credibly claim it would be too burdensome to respond within seven days.

| | |
|---|---|
| Dated: October 18, 2024 | Respectfully submitted, |

/s/ *Alden G. Harris*
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@aatriallaw.com
Amir H. Alavi
Texas Bar No. 00793239
aalavi@aatriallaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@aatriallaw.com
ALAVI & ANAIPAKOS PLLC
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 751-2362
Facsimile: (713) 751-2341

Michael Heim
Texas Bar No. 09380923
mheim@hpcllp.com
Eric Enger
Texas Bar No. 24045833
eenger@hpcllp.com
R. Allan Bullwinkel
Texas Bar No. 24064327
abullwinkel@hpcllp.com
Alden Harris
Texas Bar No. 24083138
aharris@hpcllp.com
Blaine Larson
Texas Bar No. 24083360
blarson@hpcllp.com
Lily R. Glick
Texas State Bar No. 24131333
lglick@hpcllp.com
Carlos I. Ruiz
Texas State Bar No. 24110614
cruiz@hpcllp.com
HEIM PAYNE & CHORUSH LLP
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

Andrea L. Fair
Texas Bar No. 24078488
andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
P.O. Box 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Counsel for Plaintiff Iarnach Technologies Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of record via the Court's ECF system.

*/s/ Alden G. Harris*
Alden G. Harris

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), the undersigned certifies that counsel for the parties conferred about this motion by telephone on October 18, 2024. As described in the motion above, Iarnach and Charter are conclusively at an impasse, leaving an open issue for the Court to resolve.

*/s/ Alden G. Harris*
Alden G. Harris