# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IARNACH TECHNOLOGIES LTD., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:24-CV-00230-JRG |
| CHARTER COMMUNICATIONS INC., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Opposed Motion for Expedited Briefing on Plaintiff Iarnach Technologies Ltd.'s ("Plaintiff") Motion to Compel Venue Discovery (the "Motion") filed by Plaintiff. (Dtk. No. 74.) In the Motion, Plaintiff requests that the Court shorten Defendants Charter Communications Inc.'s, Charter Communications Holding Company, LLC's, Charter Communications Operating, LLC's, Spectrum Management Holding Company, LLC's, and Spectrum Gulf Coast, LLC's (collectively, "Defendants") deadline to respond to Plaintiff Iarnach Technologies Ltd.'s Motion to Compel Venue Discovery (the "MTC," Dkt. No. 73) from fourteen (14) days to seven (7) days. (Dkt. No. 74 at 1.) Plaintiff alleges that Defendants' counsel previously agreed to produce the information sought in the MTC but Defendants never provided the agreed upon discovery. (*Id.*) Plaintiff argues that without a shortened response deadline, Defendants' response would be due after the close of venue discovery. (*Id.*) Plaintiff states that Defendants "oppose[] this motion to expedite because [they] profess[] to not understand what relief is being requested in the Motion to Compel, and [Defendants] say[] it would be too burdensome to try to understand the Motion to Compel and respond within seven days." (*Id.*)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Defendants shall file a response to the MTC by October 25, 2024.

**So Ordered this**

**Oct 21, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE