# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IARNACH TECHNOLOGIES LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., CHARTER COMMUNICATIONS HOLDING COMPANY, LLC, CHARTER COMMUNICATIONS OPERATING, LLC, SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, and SPECTRUM GULF COAST, LLC,<br><br>    Defendants. | Civil Action No. 2:24-cv-00230-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE OF REDACTION

Plaintiff Iarnach Technologies LTD. and Defendants Charter Communications, Inc.; Charter Communications Holding Company, LLC; Charter Communications Operating, LLC; Spectrum Management Holding Company, LLC; and Spectrum Gulf Coast, LLC, hereby jointly provide notice of the filing of redactions to this Court's Memorandum and Order dated October 30, 2024 (Dkt. No. 80) attached hereto as Exhibit A.

Dated: November 1, 2024

/s/ Saina S. Shamilov
J. David Hadden (CA Bar No. 176148)
dhadden@fenwick.com
Saina S. Shamilov (CA Bar No. 215636)
sshamilov@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Christopher L. Larson (CA Bar No. 308247)
clarson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300

Deron R. Dacus (TX Bar No. 00790553)
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

*Counsel for Defendants*
*Charter Communications, Inc., Charter Communications Holding Company, LLC, Charter Communications Operating, LLC, Spectrum Management Holding Company, LLC, and Spectrum Gulf Coast, LLC*

Respectfully submitted,

/s/ Eric Enger (by permission)
Amir H. Alavi (TX Bar No. 00793239)
aalavi@aatriallaw.com
Demetrios Anaipakos (TX Bar No. 00793258)
danaipakos@aatriallaw.com
Michael McBride (TX Bar No. 24065700)
mmcbride@aatriallaw.com
ALAVI & ANAIPAKOS PLLC
609 Main Street, Suite 3200
Houston, TX 77002
Telephone: (713) 751-2362
Facsimile: (713) 751-2341

Michael Heim (TX Bar No. 09380923)
mheim@hpcllp.com
Eric Enger (TX Bar No. 24045833)
eenger@hpcllp.com
R. Allan Bullwinkel (TX Bar No. 24064327)
abullwinkel@hpcllp.com
Alden Harris (TX Bar No. 24083138)
aharris@hpcllp.com
Blaine Larson (TX Bar No. 24083360)
blarson@hpcllp.com
Lily R. Glick (TX Bar No. 24131333)
lglick@hpcllp.com
HEIM PAYNE & CHORUSH LLP
609 Main Street, Suite 3200
Houston, TX 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

Andrea L. Fair (TX Bar No. 24078488)
andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
P.O. Box 1231
Longview, TX 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Counsel for Plaintiff Iarnach Technologies Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 1, 2024 a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A).

                                                  */s/ Saina S. Shamilov*
                                                    Saina S. Shamilov