# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IARNACH TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., CHARTER COMMUNICATIONS HOLDING COMPANY, LLC, CHARTER COMMUNICATIONS OPERATING, LLC, SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, and SPECTRUM GULF COAST, LLC, <br><br> Defendants. | Civil Action No. 2:24-cv-00230-JRG <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFF IARNACH TECHNOLOGIES LTD.'S MOTION TO COMPEL DOCUMENT PRODUCTION UNDER P. R. 3-4(a)

Before the Court is Plaintiff Iarnach Technologies Ltd.'s Motion to Compel Document Production Under P.R. 3-4(a) (the "Motion"). The Court, having considered the Motion, hereby **GRANTS** this motion. Defendants shall produce all source code, scripts, and other technical documentation describing how Charter implements the Accused Instrumentalities within seven (7) days.

**IT IS SO ORDERED.**