# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IARNACH TECHNOLOGIES LTD.,<br><br>        Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., CHARTER COMMUNICATIONS HOLDING COMPANY, LLC, CHARTER COMMUNICATIONS OPERATING, LLC, SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, and SPECTRUM GULF COAST, LLC,<br><br>        Defendants. | Civil Action No. 2:24-cv-00230<br><br>**JURY TRIAL DEMAND** |

## JOINT STATUS REPORT ON PLAINTIFF'S MOTION TO COMPEL DOCUMENT PRODUCTION UNDER P.R. 3-4(a)

Pursuant to this Court's Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes, Plaintiff Iarnach Technologies Ltd. ("Iarnach") and Defendants Charter Communications, Inc.; Charter Communications Holding Company, LLC; Charter Communications Operating, LLC; Spectrum Management Holding Company, LLC; and Spectrum Gulf Coast, LLC (collectively, "Charter"), hereby jointly submit this status report on Plaintiff's Motion to Compel Document Production Under P.R. 3-4(a), Dkt. No. 87 (the "Motion").

Lead and local counsel for both parties formally met-and-conferred on December 10, 2024, and have subsequently communicated several times since. To settle the parties' dispute, the parties respectfully request that the Court enter the attached Order. Entering this Order resolves Iarnach's Motion (currently scheduled for December 18, 2024 at 1 pm).

| | |
|---|---|
| Dated: December 16, 2024 | Respectfully submitted, |

| | |
|---|---|
| */s/ David Hadden (by permission)* | */s/ Eric Enger* |
| J. David Hadden | Amir H. Alavi |
| CA Bar No. 176148 | Texas Bar No. 00793239 |
| dhadden@fenwick.com | aalavi@aatriallaw.com |
| Saina S. Shamilov | Demetrios Anaipakos |
| CA Bar No. 215636 | Texas Bar No. 00793258 |
| sshamilov@fenwick.com | danaipakos@aatriallaw.com |
| FENWICK & WEST LLP | Michael McBride |
| 801 California Street | Texas Bar No. 24065700 |
| Mountain View, CA 94041 | mmcbride@aatriallaw.com |
| Telephone: (650) 988-8500 | ALAVI & ANAIPAKOS PLLC |
| Facsimile: (650) 938-5200 | 609 Main Street, Suite 3200 |
| | Houston, Texas 77002 |
| Christopher L. Larson | Telephone: (713) 751-2362 |
| CA Bar No. 308247 | Facsimile: (713) 751-2341 |
| clarson@fenwick.com | |
| FENWICK & WEST LLP | Michael Heim |
| 555 California Street, 12th Floor | Texas Bar No. 09380923 |
| San Francisco, CA 94104 | mheim@hpcllp.com |
| Telephone: (415) 875-2300 | Eric Enger |
| | Texas Bar No. 24045833 |
| Deron R. Dacus | eenger@hpcllp.com |
| Texas State Bar No. 00790553 | R. Allan Bullwinkel |
| ddacus@dacusfirm.com | Texas Bar No. 24064327 |
| The Dacus Firm, PC | abullwinkel@hpcllp.com |
| 821 ESE Loop 323, Suite 430 | Alden Harris |
| Tyler, Texas 75701 | Texas Bar No. 24083138 |
| Telephone: (903) 705-1117 | aharris@hpcllp.com |
| Facsimile: (903) 581-2543 | Blaine Larson |
| | Texas Bar No. 24083360 |
| *Counsel for Defendants Charter Communications, Inc., Charter Communications Holding Company, LLC, Charter Communications Operating, LLC, Spectrum Management Holding Company, LLC, and Spectrum Gulf Coast, LLC* | blarson@hpcllp.com |
| | Lily R. Glick |
| | Texas State Bar No. 24131333 |
| | lglick@hpcllp.com |
| | HEIM PAYNE & CHORUSH LLP |
| | 609 Main Street, Suite 3200 |
| | Houston, Texas 77002 |
| | Telephone: (713) 221-2000 |
| | Facsimile: (713) 221-2021 |
| | |
| | Andrea L. Fair |
| | Texas Bar No. 24078488 |
| | andrea@wsfirm.com |

WARD, SMITH & HILL, PLLC
P.O. Box 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile:  (903) 757-2323

*Counsel for Plaintiff Iarnach Technologies Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that this document was served to all counsel of record via CM/ECF.

*/s/ Eric Enger*
Eric Enger