# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IARNACH TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., CHARTER COMMUNICATIONS HOLDING COMPANY, LLC, CHARTER COMMUNICATIONS OPERATING, LLC, SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, and SPECTRUM GULF COAST, LLC, <br><br> Defendants. | Civil Action No. 2:24-cv-00230-JRG <br><br> JURY TRIAL DEMANDED |

### ORDER RESOLVING PLAINTIFF IARNACH TECHNOLOGIES LTD.'S MOTION TO COMPEL DOCUMENT PRODUCTION UNDER P. R. 3-4(a)

Before the Court is Plaintiff Iarnach Technologies Ltd.'s Motion to Compel Document Production Under P.R. 3-4(a), Dkt. No. 87 (the "Motion"). To resolve the Motion, the parties have consented to a Court Order requiring the following:

- By no later than January 10, 2025, defendants will produce representative configuration files in their possession, custody, or control for OLTs from each third-party vendor that provides such equipment to defendants;

- By no later than January 10, 2025, defendants will produce representative configuration files in their possession, custody, or control for ONUs from each third-party vendor that provides such equipment to defendants;

- By January 31, 2025, defendants will substantially complete their technical document production, including without limitation documents sufficient to show in detail the operation, configuration, and implementation of the accused ONU, OLT and DOCSIS

>   back-end equipment (including hardware and software) necessary for deploying DPoE v.2 compliant networks to defendants' customers, which are in defendants' possession, custody, or control.

Accordingly, the Court hereby **ORDERS** the Charter defendants to produce the aforementioned documents per the dates above.