IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IARNACH TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., CHARTER COMMUNICATIONS HOLDING COMPANY, LLC, CHARTER COMMUNICATIONS OPERATING, LLC, SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, and SPECTRUM GULF COAST, LLC, <br><br> Defendants. | Civil Action No. 2:24-cv-00230-JRG <br><br> JURY TRIAL DEMANDED |

**ORDER RESOLVING PLAINTIFF IARNACH TECHNOLOGIES LTD.'S
MOTION TO COMPEL DOCUMENT PRODUCTION UNDER P. R. 3-4(a)**

Before the Court is Plaintiff Iarnach Technologies Ltd.'s Motion to Compel Document Production Under P.R. 3-4(a) (the "Motion"). (Dkt. No. 87.) To resolve the Motion, the parties have consented to a Court Order requiring the following:

- By no later than January 10, 2025, defendants will produce representative configuration files in their possession, custody, or control for OLTs from each third-party vendor that provides such equipment to defendants;

- By no later than January 10, 2025, defendants will produce representative configuration files in their possession, custody, or control for ONUs from each third-party vendor that provides such equipment to defendants;

- By January 31, 2025, defendants will substantially complete their technical document production, including without limitation documents sufficient to show in detail the operation, configuration, and implementation of the accused ONU, OLT and DOCSIS

back-end equipment (including hardware and software) necessary for deploying DPoE v.2 compliant networks to defendants' customers, which are in defendants' possession, custody, or control.

In view of the parties' agreement and mutual request to the Court, it is **ORDERED** that the Charter defendants shall produce the aforementioned documents per the dates above. The Court further finds that the Motion (Dkt. No. 87) is disposed of hereby. Accordingly, the hearing set for Wednesday, December 18, 2024 is hereby **CANCELLED**.

**So ORDERED and SIGNED this 16th day of December, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE