IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IARNACH TECHNOLOGIES LTD., §<br>    *Plaintiff*, §<br>    §<br>v. §<br>    §<br>CHARTER COMMUNICATIONS INC., *et al.*, §<br>    §<br>    *Defendants*. § | CIVIL ACTION NO. 2:24-CV-00230-JRG |

# ORDER

Before the Court is the Opposed Motion for Extension of Time to Submit Briefing Regarding Defendants' Motion to Transfer (the "Motion") filed by Defendants Charter Communications, Inc.; Charter Communications Holding Company, LLC; Charter Communications Operating, LLC; Spectrum Management Holding Company, LLC; and Spectrum Gulf Coast, LLC (collectively, "Defendants"). (Dkt. No. 94.) In the Motion, Defendants request (1) a fourteen (14) day extension of time from December 19, 2024 to January 2, 2025 for Plaintiff Iarnach Technologies Ltd. ("Plaintiff" and with Defendants, the "Parties") to file a response to the Motion to Transfer Under 28 U.S.C. § 1404(a), or in the Alternative, Motion to Dismiss for Improper Venue Under 12(b)(3), and (2) a fourteen (14) day extension of time from January 2, 2025 to January 16, 2025 for Defendants to file a reply in support of the Motion to Transfer Under 28 U.S.C. § 1404(a), or in the Alternative, Motion to Dismiss for Improper Venue Under 12(b)(3). (*Id*. at 1.)

Plaintiff opposes the Motion. In its opposition, Plaintiff does not seem to oppose the request for the extension but rather Defendants' rationale for the extension. (Dkt. No. 95 at 7.) Plaintiff argues that "this is no mere extension"—instead, it is a request for "a stamp of approval from the Court" for Defendants to disregard venue discovery dispute obligations. (*Id*. at 5.) Additionally,

Plaintiff requests the Court to strike Mr. Dan Boglioli's declaration submitted in support of the Motion to Transfer Under 28 U.S.C. § 1404(a), or in the Alternative, Motion to Dismiss for Improper Venue Under 12(b)(3). (*Id*. at 7–11.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED AS MODIFIED**. It is **ORDERED** that (1) Plaintiff's deadline to respond to the Motion to Transfer Under 28 U.S.C. § 1404(a), or in the Alternative, Motion to Dismiss for Improper Venue Under 12(b)(3) (Dkt. No. 31) is **extended** to December 23, 2024 at 5:00 pm CT, and (2) Defendants' deadline to file a reply in support of the Motion to Transfer Under 28 U.S.C. § 1404(a), or in the Alternative, Motion to Dismiss for Improper Venue Under 12(b)(3) (Dkt. No. 31) is **extended** up to and including January 4, 2025 at 5:00 pm CT.

It is further **ORDERED** that a telephonic hearing on the remaining issues raised in the Motion (Dkt. No. 94) and Plaintiff Iarnach Technologies Ltd.'s Opposition to Defendants' Motion for Extension of Time to Submit Briefing Regarding Defendants' Motion to Transfer and Cross-Motion to Strike the Declaration of Daniel Boglioli (Dkt. No. 95) shall be set for **Monday, December 23, 2024 at 10:30 am CT**. Plaintiff's counsel is responsible for making sure all participants are on the call before dialing Judge's Chambers' direct number of (903) 923-7466. Once received, the call will thereafter be transferred to Chambers' dedicated conference line.

**So ORDERED and SIGNED this 19th day of December, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE